**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 09-04351MP-001-PCT-MEA |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| Richard Yazzie Webb, ) | |
| Defendant. ) | |

The defendant appeared in court and admitted to violating his conditions of probation as alleged in the Petition to Revoke Supervised Probation.

IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **ONE HUNDRED EIGHTY (180) DAYS**, for each citation, said sentences to run concurrently.

DATED this 20th day of April, 2010.

_____
Mark E. Aspey
United States Magistrate Judge